UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:14-MJ-1108

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF a residence located at 311 E. King St., Elizabethtown, North Carolina 28337 | ORDER |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant regarding the captioned matter, with the exception of Attachments "A" and "B" to the Application, and the instant Motion to Seal, be sealed by the Clerk until further order by this Court, except that two certified copies of the same be provided to the FBI and the Office of the United States Attorney.

This 14 day of July, 2014.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE